
*Louisiana Department of Revenue*

January 27, 2012

U. S. Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Subject:   Kyle and Karin Barnum
           Bankruptcy Case Number: 11-11100
           Account Number: xxx-xx-1224
           Claim Number: 4
           Claim Amount: $8,087.23

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed be withdrawn due to the fact that the liabilities reflected in this claim have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Amy Prather
Revenue Tax Specialist
Bankruptcy Section
Collection Division
Phone: (225) 219-2235

617 North Third Street
P. O. Box 66658
Baton Rouge, Louisiana 70896
225-219-2255 • 225-219-2206 Fax
TDD# 225-219-2114 • www.revenue.louisiana.gov